IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ASPECT SOFTWARE PARENT, INC., *et al.*,[1] | ) ) | Case No. 16-10597 (MFW) |
| Debtors. | ) ) | (Joint Administered) |
| | ) ) | **Related to Docket No. 97** |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that:

1. On March 25, 2016, the debtors and debtors in possession (collectively, the "Debtors"), in the above-captioned cases, filed the *Debtors' Motion for Entry of an Order Authorizing and Approving (A)(I) Entry Into a Backstop Agreement and (II) Payment of the Backstop Put Amount and Termination Fee and (B) the Rights Offering Procedures and Related Forms* [Docket No. 97] (the "Motion").

2. The undersigned further certifies that the objection deadline to the Motion was set for April 18, 2016.

3. The undersigned further certifies that the Debtors received informal comments to the proposed order submitted with the Motion from the Office of the United States Trustee (the "UST").

4. The undersigned further certifies that he has reviewed the docket and no response to the Motion appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Aspect Software Parent, Inc. (3231); Aspect Software, Inc. (4368); VoiceObjects Holdings Inc. (0138); Voxeo Plaza Ten, LLC (7028); and Davox International Holdings, LLC (1081). The location of parent Debtor Aspect Software Parent, Inc.'s corporate headquarters and the Debtors' service address is: 2325 E. Camelback Road, Suite 700, Phoenix, Arizona, 85016.

1

5. The undersigned further certifies that as a result of the comments from the UST, the Debtors revised the proposed order submitted with the Motion to grant the relief requested in the Motion. Attached hereto as **Exhibit A** is a revised agreed order incorporating the UST comments (the "Proposed Order"). A blackline reflecting the changes between the Proposed Order and the version originally submitted with the Motion is attached hereto as **Exhibit B**.

6. The Debtors have circulated the Proposed Order to the UST, which does not oppose the entry of the Proposed Order.

7. Accordingly, the Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit A** at the Court's convenience.

*[The remainder of this page is intentionally left blank.]*

| | |
|---|---|
| Dated: April 21, 2016<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:     (302) 426-1189<br>Facsimile:     (302) 426-9193<br><br>-and -<br><br>Morton Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:     (215) 569-2700<br>Facsimile:     (215) 568-6603<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>-and-<br><br>James H.M. Sprayregen, P.C.<br>William A. Guerrieri (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel and Proposed Co-Counsel for the Debtors and Debtors in Possession* |

1